FILED
CLERK, U.S. DISTRICT COURT

5/2/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELAROSA, Individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff(s)<br>v.<br><br>STATE STREET CORPORATION, JOSEPH L. HOOLEY, EDWARD J. RESCH, and MICHAEL W. BELL,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:17-cv-00671-BRO-FFM<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stern, Jonathan                                                                 of   The Rosen Law Firm, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                          275 Madison Ave., 34th Floor
(212) 686-1060              (212) 202-3827                                           New York, NY, 10016
*Telephone Number*          *Fax Number*
jstern@rosenlegal.com
*E-Mail Address*                                                                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Marlene Konkoly

*Name(s) of Party(ies) Represent*                ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Rosen, Laurence M.                                                              of   The Rosen Law Firm, P.A
*Designee's Name (Last Name, First Name & Middle Initial)*                           355 South Grand Avenue
219683              (213) 785-2610              (213)226-4684                        Suite 2450
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*                         Los Angeles, CA 90071
lrosen@rosenlegal.com
*E-Mail Address*                                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

**X GRANTED**

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: May 2, 2017**                                          _____
                                                                                U.S. District Judge